| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Michael M. Ahmadshahi, PhD, Esq. (Bar No. 219933)<br>Email: mahmadshahi@mmaiplaw.com<br>AHMADSHAHI LAW OFFICES<br>4695 MacArthur Court, Suite 1100<br>Newport Beach, CA 92660<br>Telephone: 949.556.8800<br>Facsimile: 949.798.5501 | |
| ATTORNEY(S) FOR: Plaintiff MITII, Inc. | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITII, INC. a California Corporation<br><br>Plaintiff(s),<br>v.<br>OPENAI GLOBAL, LLC, a Delaware Limited Liability Company<br><br>Defendant(s) | CASE NUMBER:<br>8:25-CV-02273<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff MITII, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MITII, Inc. | Plaintiff |

October 9, 2025
Date

/Michael M. Ahmadshahi/
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff MITII, Inc.