Michael M. Ahmadshahi, PhD, Esq. (Bar No. 219933)
Email: mahmadshahi@mmaiplaw.com
AHMADSHAHI LAW OFFICES
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: 949.556.8800
Facsimile: 949.798.5501
Attorney for Plaintiff
MITII, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MITII, INC. a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>OPENAI GLOBAL, LLC, a Delaware Limited Liability Company<br><br>Defendant. | Civil Action No.: 8:25-CV-02273<br>**DISCLOSURE STATEMENT**<br>**FED. R. CIV. P. 7.1(A)** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, plaintiff MITII, Inc. ("MITII" or "Plaintiff") respectfully makes the following disclosure: MITII is a corporation and has no parent corporation or publicly traded corporation that currently owns 10% or more of its stock.

Respectfully submitted,

Dated: October 9, 2025,    AHMADSHAHI LAW OFFICES

By:   /s/Michael M. Ahmadshahi
Michael M. Ahmadshahi, PhD, Esq.
Attorney for Plaintiff
MITII, Inc.