Michael M. Ahmadshahi, PhD, Esq. (Bar No. 219933)
Email: mahmadshahi@mmaiplaw.com
AHMADSHAHI LAW OFFICES
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: 949.556.8800
Facsimile: 949.798.5501
Attorney for Plaintiff
MITII, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MITII, INC. a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>OPENAI OPCO, LLC, a Delaware Limited Liability Company<br><br>Defendant. | Civil Action No.: 8:25-CV-02273-JVS-KES<br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT OPENAI OPCO, LLC**<br><br>**DATE:**<br>**TIME:**<br>**CTRM: 10C, 10TH FL**<br>Judge: The Honorable James V. Selna |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff MITII, Inc. ("MITII" or "Plaintiff") hereby requests that the Clerk of the above-entitled Court enter a default in this matter due to defendant OpenAI OpCo, LLC ("OpenAI" or "Defendant")'s failure to appear or otherwise respond to the Complaint within the time prescribed by Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure.

On November 5, 2025, Plaintiff MITII filed its First Amended Complaint ("FAC") against Defendant OpenAI (Dkt. 14); (Ahmadshahi Decl. ¶ 5.)

Plaintiff MITII served the summons and Complaint on Defendant OpenAI on November 5, 2025, as evidenced by the proof of service filed with the Court on November 5, 2025. (Dkt. 19); (Ahmadshahi Decl. ¶ 6., Exhibit-1)

On November 13, 2025, Plaintiff MITII and Defendant OpenAI filed a stipulation to extend time for Defendant OpenAI to respond to the FAC until January 5, 2026. (Dkt. 20); (Ahmadshahi Decl. ¶ 8., Exhibit-2)

On November 14, 2025, this Court GRANTED the aforementioned stipulation and ORDERED Defendant OpenAI to respond to the FAC on or before January 5, 2026 ("Order") (Dkt. 22); (Ahmadshahi Decl. ¶ 10., Exhibit-3)

Pursuant to the Court's Order, Defendant OpenAI had until January 5, 2026 to answer or otherwise respond to the FAC.; (Ahmadshahi Decl. ¶ 12.)

January 5, 2025 was the last day for Defendant OpenAI to file a timely answer or otherwise respond to the FAC. (Ahmadshahi Decl. ¶ 13.)

As of the date of this request, counsel for Plaintiff MITII has not received an answer from Defendant OpenAI, nor is there record of an answer or response on the Court's electronic docket sheet. (Ahmadshahi Decl. ¶ 14.)

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff MITII requests that the Clerk of the Court enter default against Defendant OpenAI in this case for its failure to answer, plead, or otherwise defend against the FAC.

Respectfully submitted,

Dated: January 6, 2026,        AHMADSHAHI LAW OFFICES

By:   /s/Michael M. Ahmadshahi
      Michael M. Ahmadshahi, PhD, Esq.
      Attorney for Plaintiff
      MITII, Inc.

# CERTIFICATE OF SERVICE

I, Michael M. Ahmadshahi, certify under penalty of perjury that the foregoing was served on the interested parties listed below, via the Court's Electronic Filing Program, United States Mail, Electronic Mail, and/or any other manner permitted by the Federal Rules of Civil Procedure on January 6, 2026.

Dated January 6, 2026,

By: /s/ Michael M. Ahmadshahi
Michael M. Ahmadshahi, PhD, Esq.
AHMADSHAHI LAW OFFICES
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660
Telephone: 949.556.8800
Facsimile: 949.798.5501
Email: mahmadshahi@mmaiplaw.com
Attorney for Plaintiff
MITII, Inc.

**PAUL HASTINGS LLP**
Robert W. Unikel
(*pro hac vice forthcoming*)
robertunikel@paulhastings.com
71 S. Wacker Drive
Forty-Fifth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Raymond W. Stockstill (SB# 275228)
beaustockstill@paulhastings.com

1920 Main Street
Suite 400
Irvine, California 92614
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Elizabeth L. Brann (SB# 222873)
elizabethbrann@paulhastings.com
Ariell Bratton (SB# 317587)
ariellbratton@paulhastings.com
4655 Executive Drive
Suite 350
San Diego, California 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorneys for Defendant
OpenAI OPCO, LLC