UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITII, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OPENAI OPCO, LLC, a Delaware Limited Liability Company<br><br>　　　　　Defendant. | CASE NO. 8:25-CV-02273-JVS-(KESx)<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [24]**<br><br>Complaint Served: Oct. 15, 2025<br>FAC Served: Nov. 5, 2025<br><br>Current Response Date: Jan 5, 2026<br><br>New Response Date: TBD |

ORDER

# ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FAC

The Court, having considered the parties' Second Stipulation to Extend Time to Respond to First Amended Complaint, and finding good cause therefor, hereby GRANTS the stipulation and extends the deadline for defendant OpenAI OpCo, LLC to file its motion to dismiss under Rule 12(b)(6) for failure to state a claim because each claim of the asserted patents is directed to patent-ineligible subject matter under 35 U.S.C. § 101 or Answer to plaintiff MITII, Inc.'s First Amended Complaint within 7 days following the docketing of the transferred case in the Northern District of California.

IT IS SO ORDERED.

DATED: January 5, 2026

_____
UNITED STATES DISTRICT JUDGE