JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITII, INC., a California Corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>OPENAI OPCO, LLC, a Delaware Limited Liability Company<br><br>        Defendant. | CASE NO. 8:25-CV-02273-JVS-(KES)<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA [23]** |

ORDER

## ORDER GRANTING JOINT STIPULATION AND MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA

The Court, having considered the parties' Joint Stipulation and Motion to Transfer Venue to the Northern District of California, and finding good cause therefor, hereby GRANTS the Stipulation and Order.

IT IS SO ORDERED.

Dated: January 05, 2026

_____
UNITED STATES DISTRICT JUDGE